## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
### C.A. No. 7:11-cv-00273-H

HAROLD LONEY,                )
                            )
    Plaintiff,          )
                            )
    vs.                 )
                            )   **STIPULATION OF**
                            )   **DISMISSAL**
FIRST SOURCE ADVANTAGE, LLC  )
                            )
    Defendant.          )

NOW COMES the Plaintiff, HAROLD LONEY, pro se, and the Defendant, FIRST

SOURCE ADVANTAGE, LLC, through its attorney, and hereby stipulate that this matter is

dismissed with prejudice. Each party shall bear its own costs.

Harold Loney
407 E. Oak Island Dr.
Oak island NC 27465

STATE OF NORTH CAROLINA,
COUNTY OF Brunswick

Sworn to and subscribed before me this the 13 day of June, 2012.

Notary Public
My Commission Expires: 9/6/2015

Caren D. Enloe
Of MORRIS, MANNING & MARTIN, LLP
NC State Bar No. 17394

PO Box 12768
Research Triangle Park, NC 27707
(919)806-2969
cenloe@mmmlaw.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Harold Loney, *pro se*
407 E. Oak Island Drive
Oak Island, NC 28465

This the 13 day of July, 2012.

/s/ Caren D. Enloe
Caren D. Enloe
Of Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Telefacsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for Defendant*